IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLINT TRACY and<br>KARYN TRACY | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. 02-CV-4115 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : <br> : <br> : <br> : <br> : <br> : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____    _____
Hope S. Freiwald                                             Aline Fairweather


_____    _____
Erin Brennan                                                  Kirstin J. Miller


                                                    DECHERT PRICE & RHOADS
                                                    4000 Bell Atlantic Tower
                                                    1717 Arch Street
                                                    Philadelphia, PA  19103-2793
                                                    (215) 994-4000